UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBYN THORNTON                                                                                    PLAINTIFF

V.                                      No. 4:20-CV-1064-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 30th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE